**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1278**

_____

JAMES ADEYEMI,

        Plaintiff - Appellant,

    v.

OFFICE OF GENERAL COUNSEL FOR BOOTH POLICE OFFICERS, NATIONAL SECURITY AGENCY,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:21-cv-02060-SAG)

_____

Submitted:  October 13, 2022              Decided:  October 17, 2022

_____

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James Adeyemi, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Adeyemi appeals the district court's orders dismissing his civil complaint and denying his subsequent motions for recusal and to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Adeyemi v. Off. of Gen. Couns. for Booth Police Officers*, No. 1:21-cv-02060-SAG (D. Md. filed Dec. 20, 2021 & entered Dec. 21, 2021; Mar. 8, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*